IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MATTHEW DARYL WATSON,** *Plaintiff,* v. **Lt. PROSPERS,** *et al.,* *Defendants.* | **CIVIL ACTION NO. 5:18-cv-00097-TES-MSH** |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

___

Defendant Steele, the only remaining defendant in this case, has moved for summary judgment on Plaintiff Matthew Daryl Watson's Eighth Amendment excessive force claim, arguing that the claim falls outside the applicable two-year statute of limitations. *See generally* [Doc. 18]. The United States Magistrate Judge reviewed the motion and Plaintiff's response and recommends that the Court grant the motion. *See generally* [Doc. 26]. The parties filed no objections to the recommendation, and the Court therefore reviews the recommendation solely for clear error. *See* 28 U.S.C. § 636(b)(1); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) ("[I]n the absence of a timely filed objection, a district court . . . must only satisfy itself that there is no clear error on the face of the record in order to accept the [magistrate judge's] recommendation.").

Having performed the requisite review of the findings, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 26] and **MAKES IT THE ORDER**

**OF THE COURT**. Accordingly, Defendant Steele's Motion for Summary Judgment [Doc. 18] is **GRANTED**, and Plaintiff's claim against Defendant Steele is **DISMISSED**.

**SO ORDERED**, this 8th day of October, 2019.

<u>s/Tilman E. Self, III</u>
**TILMAN E. SELF, III, Judge**
**UNITED STATES DISTRICT COURT**